# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. JEFFREY P. SPYDER ISAACSON**          **Case No.    4:26-CR-6003-MKD**

Richland Video Conference (ACE appearing by video; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

## Arraignment on Indictment and Detention Hearing:          01/22/2026

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Laurel Holland, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Craig Webster, Defense Atty |
| ☒ | Dan Manning, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | ☐ | AO 199c Advice of Penalties/Sanctions filed |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

**ARRAIGNMENT ON INDICTMENT:**
    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that his true and correct name is: Jeffrey P. Spyder Isaacson.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.

**DETENTION HEARING:**
    USA proffered the pretrial services report and concurs with its recommendation of detention of the Defendant. USA proffer the facts of the case. Defendant has previous IT experience and is very computer savvy. USA argues Defendant is a safety to the community. USA believes the Defendant is a flight risk. USA argued why the Court should detain Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.
    Defense counsel argued why the Defendant should be released. Defense counsel argues Defendant has ties to the community, he has family, a job at Hanford. Defendant's criminal history is minimal with only a DUI. Defendant willing to have third party custodian and GPS monitoring. Defense counsel argues conditions of release can be imposed.
    Rebuttal argument by USA.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. There are no combination of conditions to assure Defendant's appearance as required or conditions to ensure Defendant is not a danger to the community.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.
4. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.