FILED IN THE<br>
U.S. DISTRICT COURT<br>
EASTERN DISTRICT OF WASHINGTON<br>
<br>
**Jan 22, 2026**<br>
<br>
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:26-CR-6003-RLP |
|---|---|
| Plaintiff, | |
| vs. | ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |
| JEFFREY P. SPYDER ISAACSON, | |
| Defendant's Printed Name. | |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☑ Indictment

    ☐ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____          Date: 1/22/26
Interpreter Signature

_____          _____
Interpreter Printed Name           Defendant Signature

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2