1
2
3
Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

4
5
Attorney for Defendant
Jeffrey P. Spyder Isaacson

6

7
8
9
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Rebecca L. Pennell

10   United States of America,

11                    Plaintiff,              No. 4:26-CR-6003-RLP

12        v.                                  **Notice of Appearance**

13   Jeffrey P. Spyder Isaacson,

14                    Defendant.

15

16
17
18
19
20
21
Please take notice that Craig D. Webster of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

22   //

23   //

24
25

Notice of Appearance: 1

Dated: January 23, 2026.

                    By s/ Craig D. Webster
                          Craig D. Webster, 40064
                          Attorney for Jeffrey P. Spyder Isaacson
                          Federal Defenders of Eastern Washington and Idaho
                          306 East Chestnut Avenue
                          Yakima, Washington 98901
                          (509) 248-8920
                          (509) 248-9118 fax
                          Craig_Webster@fd.org

**Certificate of Service**

I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Laurel J. Holland, Assistant United States Attorney.

                          s/ Craig D. Webster
                          Craig D. Webster