FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY P. SPYDER ISAACSON,<br><br>Defendant. | No. 4:26-CR-06003-RLP<br><br>ORDER GRANTING PROTECTIVE ORDER RE: DISCOVERY |

Before the Court is the United States' expedited Motion for Discovery Protective Order. ECF Nos. 24, 25. Having considered the motion and otherwise being fully advised, the Court finds good cause to enter the protective order.

**Accordingly, IT IS ORDERED:**

1.   The United States' Motion for Discovery Protective Order, **ECF No. 24**, is GRANTED,

2.   The United States' Motion to Expedite, **ECF No. 25**, is **GRANTED**.

3.   This Protective Order governs all discovery material in any format

ORDER GRANTING DISCOVERY PROTECTIVE ORDER ~ 1

1  (written or electronic), and information contained therein, that is produced by the
2  government in discovery in the above captioned case.

3      4.    The United States will make available copies of discovery materials,
4  including those filed under seal, to defense counsel to comply with the government's
5  discovery obligations, and consistent with any other protective order issued in this
6  case.  Possession of copies of the discovery materials is limited to the attorneys of
7  record, and investigators, paralegals, law clerks, experts and assistants for the
8  attorneys of record who are assigned to work on this defense of this case (hereinafter
9  collectively referred to as members of the defense team).  Members of the defense
10 team may use discovery materials and the information contained therein only for the
11 defense of this case and for no other purpose.  Members of the defense team shall
12 not disseminate discovery materials or the information contained therein to anyone
13 outside the defense team.  Counsel of record for the Defendant shall ensure that all
14 members of the defense team abide by this Protective Order.

15     5.    The attorneys of record and members of the defense team may display
16 and review the discovery materials with the Defendant as provided in this Order and
17 consistent with any other protective order entered in the instant case.  The attorneys
18 of record and members of the defense team acknowledge that providing copies of the
19 discovery materials to the Defendant and other persons is prohibited, and agree not
20 to duplicate or provide copies of discovery materials to the Defendant and other

ORDER GRANTING DISCOVERY PROTECTIVE ORDER ~ 2

persons.

6. Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law and/or Rule 16 of the Federal Rules of Criminal Procedure and the Local Criminal Rules.

7. Any discovery material, or information contained therein, that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

8. The provisions of this Order shall not terminate at the conclusion of this prosecution.

9. Any violation of any term or condition of this Order by the Defendant, the Defendant's attorney(s) of record, any member of the defense team, or any attorney for the United States Attorney's Office for the Eastern District of Washington, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

10. Any discovery materials provided pursuant to this Order shall be

ORDER GRANTING DISCOVERY PROTECTIVE ORDER ~ 3

returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Ninth Circuit or Supreme Court of the United States.

11. If the Defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice. Defendant reserves the right to challenge the United States' argument regarding any alleged violation or enhancement for obstruction of justice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel.

DATED January 30, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISCOVERY PROTECTIVE ORDER ~ 4