FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY P. SPYDER ISAACSON,<br><br>Defendant. | No. 4:26-CR-06003-RLP<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

Before the Court is the Stipulated Protective Order Regarding Computer

Forensic Review Procedures for Child Pornography Contraband. ECF No. 26. The

Court having consider the motion and being fully advised, finds good cause shown.

**Accordingly, IT IS ORDERED:**

1.    The Stipulated Motion for Protective Order Regarding Computer

Forensic Review Procedures for Child Pornography Contraband, **ECF No. 26**, is

**GRANTED**.

ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING
COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD
PORNOGRAPHY CONTRABAND ~ 1

1    2.    18 U.S.C. § 3509(m) applies to this case, and the Court is required to

2    deny defense requests to copy, photograph, duplicate, or otherwise reproduce

3    material constituting child pornography if the government makes the material

4    reasonably available to Defendant and provides an ample opportunity for the defense

5    to examine it at a government facility. *See* 18 U.S.C. § 3509(m).

6    3.    In order to comply with 18 U.S.C. § 3509(m), and to allow Defendant

7    the greatest opportunity to prepare an effective defense in preparation for trial in this

8    matter, the government will make a true forensic, bit-by-bit E01 image of devices

9    and media containing alleged child pornography contraband at issue in the above-

10    referenced case. The government will make that forensic image reasonably available

11    to Defendant and provide ample opportunity for the defense team to examine it at a

12    government facility in Spokane, Washington. The parties may readdress the Court if

13    there is a need for additional or after-hours access during the course of litigation in

14    the event trial or motion hearings require additional forensic review.

15    4.    The defense forensic examination will be conducted in an interview

16    room monitored by closed-circuit television ("CC-TV"), without audio feed. While

17    the TV with non-audio feed will ensure the integrity of FBI space and security of its

18    occupants, the video feed is not of sufficient detail or at an angle that would reveal

19    defense strategy. The government and its agents expressly agree that no attempt will

20    be made to record any audio from the workstation and that no attempt will be made

ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING
COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD
PORNOGRAPHY CONTRABAND ~ 2

to observe the defense team's work product or computer monitor screen at any time. The defense expert may review the feed to ensure that defense strategy is not being compromised at any time while conducting the forensic review.

5.     The defense team[1] shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this Protective Order and shall not remove any contraband images from the government facility. The defense expert will be allowed to copy any file that is not contraband and compile a report (without contraband images/videos) documenting the examination on removable media at the discretion of the defense expert.

6.     A designated defense expert will leave at the government facility any equipment, including hard drives, which contain child pornography contraband that is identified during forensic evaluation. The parties may readdress this matter with the Court upon notice that the defense intends to retain a different defense expert.

7.     For the purpose of trial, the government agrees to make available a digital copy of any government trial exhibit that contains contraband, which will be kept in the custody and control of the case agent. Upon reasonable notice by the

---

[1] For purposes of this Protective Order, the term "defense team" refers solely to Defendant's counsel of record ("defense counsel"), Defendant's designated expert ("defense expert"), and a defense investigator.

ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 3

defense, the case agent will also maintain for trial digital copies of any proposed

defense exhibit that contains contraband. If the defense team intends to offer,

publish, or otherwise utilize any government or defense exhibit contained on the

digital copy maintained by the case agent during trial, the case agent shall assist the

defense team in publishing or utilizing the exhibit that contains contraband upon

notification by the defense team.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this

order and provide copies to counsel.

DATED January 30, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING
COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD
PORNOGRAPHY CONTRABAND ~ 4